# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 25, 2025

## NO. 03-23-00449-CV

**April Judith Urbina, Appellant**

**v.**

**Mark Rangel, Appellee**

### APPEAL FROM THE 98TH DISTRICT COURT OF TRAVIS COUNTY
### BEFORE JUSTICES TRIANA, KELLY, AND THEOFANIS
### AFFIRMED IN PART; DISMISSED IN PART FOR WANT OF JURISDICTION –
### OPINION BY JUSTICE KELLY

This is an appeal from the final order in a suit affecting the parent-child relationship signed by the trial court on July 14, 2023. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the challenged portions of the trial court's order. Therefore, the Court affirms those portions of the trial court's final order. The Court lacks jurisdiction over appellant's complaint related to the order of enforcement. Therefore, the Court dismisses the issue related to the order of enforcement for want of jurisdiction. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.